# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MERRIDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:06-cv-00502-OWW-NEW (DLB) PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS WITHIN THIRTY DAYS<br><br>(Doc. 20) |

On March 22, 2007, defendant filed a motion to dismiss. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to defendant's motion. Local Rule 78-230(m).

Accordingly, plaintiff shall file an opposition or a statement of non-opposition to defendant's motion within **thirty (30) days** from the date of service of this order, and if plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: __April 17, 2007__　　　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1